NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STEPHEN BREWSTER, DOC# 136721,        )
                                      )
        Appellant,                    )
                                      )
v.                                    )        Case No. 2D18-1432
                                      )
STATE OF FLORIDA,                     )
                                      )
        Appellee.                     )
_____)

Opinion filed April 10, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Stephen M. Walker,
Judge.

Stephen Brewster, pro se.


PER CURIAM.

        Affirmed.


CASANUEVA, SALARIO, and ATKINSON, JJ., Concur.